IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RYAN J. KING,<br><br>        Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.<br><br>        Defendant. | Case No. 1:26-CV-00258-TWP-MKK |

### DEFENDANT CITIBANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Citibank, N.A. makes the following disclosure: Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC, which in turn is a wholly-owned subsidiary of Citigroup Inc., a publicly traded corporation. No publicly-held company owns 10% or more of Citigroup Inc.'s stock.

Dated: February 27, 2026

Respectfully submitted,

*/s/ Dana E. Becker*
Dana E. Becker
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-3007
Telephone:   +1.215.963.4628
Facsimile:   +1.215.963.5000
dana.becker@morganlewis.com

*Attorneys for Defendant Citibank, N.A.*

## **PROOF OF SERVICE**

I, KC Rosello, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 600 Anton Blvd., Suite 1800, Costa Mesa, CA 92626. On February 27, 2026, I served a copy of the within document(s):

**DEFENDANT CITIBANK'S CORPORATE DISCLOSURE STATEMENT**

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Costa Mesa, California addressed as set forth below.

Ryan J. King                                                                          Pro Se
3060 Montgomery Blvd.
Lapel, Indiana  46051
Tel.:  317.827.7109
Email:  ryan.king.j@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 27, 2026, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KC Rosello