UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.C., a minor child, by his next friend, mother and legal guardian, M.C., ) ) ) Plaintiff, ) ) v. ) ) METROPOLITAN SCHOOL DISTRICT ) OF MARTINSVILLE, ) ) Defendant. ) | No. 1:21-cv-02965-TWP-MJD |

**Motion for Partial Summary Judgment**

Plaintiff, by counsel, moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment in his favor in this cause. In support of this motion, he says that:

1. This case concerns the issue of whether defendant has violated and, absent the preliminary injunction issued by this Court (Dkt. 50, Dkt. 65), will continue to violate Title IX of the Education Amendments Act 1972, 20 U.S.C. § 1681(a), and equal protection by denying plaintiff the use of the boys' restrooms in its schools. There are no contested issue of material fact pertaining to the issues of defendant's liability and plaintiff's entitlement to a permanent injunction. Accordingly, plaintiff is entitled to summary judgment in his favor on the issue of liability and is entitled to a permanent injunction allowing his continued use of the boys' restrooms. The amount of his damages remains to be established at trial.

2. In support of this motion, plaintiff relies on and designates the following evidentiary materials, all of which are incorporated by reference:

   a. The April 26, 2024 Declaration of James D. Fortenberry, M.D., M.S, attached to this motion as Exhibit 1.

[1]

      b.      The May 23, 2024 Rebuttal Declaration/Expert Report of James D. Fortenberry, M.D., M.S., attached to this motion as Exhibit 2.

      c.      The July 3, 2024 Declaration of A.C., attached to this motion as Exhibit 3.

      d.      The July 8, 2024 Declaration of M.C., attached to this motion as Exhibit 4.

      e.      The Deposition of Ryan Wagner (and all exhibits), attached to this motion as Exhibit 5.

      f.      The Answer to Amended Complaint, filed as Docket No. 117.

      g.      The January 27, 2022 Declaration of James D. Fortenberry, M.D., M.S., filed as Docket 29-2.

      h.      The January 30, 2022 Declaration of M.C., filed as Docket 29-2.

      i.      The January 30, 2022 Declaration of A.C., filed as Docket 29-3.

      j.      The Deposition of Fred Kutruff (and exhibits), filed as Docket 29-4.

3.    In further support of this motion, plaintiff separately submits his memorandum of law, which is incorporated by reference.

      WHEREFORE, plaintiff requests that partial summary judgment be entered in his favor as described in his accompanying memorandum of law, and for all other proper relief.

Kenneth J. Falk
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
spactor@aclu-in.org

Megan Stuart
Indiana Legal Services
214 S. College Ave., 2nd Floor
Bloomington, IN 47404
812/961-6902

[2]

Megan.stuart@ilsi.net

Attorneys for Plaintiff